# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>ERIC RONALD BOLDUAN<br><br>*Defendant* | )<br>)<br>)<br>) Case No. 17-mj-01185-MEH<br>)<br>)<br>) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ERIC RONALD BOLDUAN, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Interstate Communications in violation of 18 U.S.C. Section 875(c); Stalking in violation of 18 U.S.C. Section 2261A(2)(B)

Date: **03 Oct 2017**

*Issuing officer's signature*

City and state: Denver, Colorado

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*