<u>DEFENDANT</u>:        Eric Ronald Bolduan

<u>YOB</u>:  1974

<u>ADDRESS</u> (CITY/STATE):  Rochester, Minnesota

<u>COMPLAINT FILED?</u>        __X__ Yes        _____ No

       If Yes, MAGISTRATE CASE NUMBER <u>17-mj-01185-MEH</u>

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   __X__ Yes        _____ No
If No, a new warrant is required

<u>OFFENSE(S)</u>:    Counts 3, 5, and 6: 18 U.S.C. Section 875(c)
             Interstate Communications;

             Counts 1, 2, and 4: 18 U.S.C. Section 2261A(2)(B)
             Stalking

<u>LOCATION OF OFFENSE</u> (COUNTY/STATE): Boulder, CO; La Plata, CO

<u>PENALTY</u>:    18 U.S.C. Section 875(c) – NMT 5 years imprisonment, $250,000 fine or both fine and imprisonment, NMT 3 years supervised release, $100 special assessment fee
18 U.S.C. Section 2261A(2)(B) – NMT 5 years imprisonment, $250,000 fine or both fine and imprisonment, NMT 3 years supervised release, $100 special assessment fee

<u>AGENT</u>:    Jeffrey W. Holmes
         Special Agent, Federal Bureau of Investigation

<u>AUTHORIZED BY</u>:  Valeria Spencer
                     Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_x_ five days or less      _____ over five days      _____ other

<u>THE GOVERNMENT</u>

_x_ will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

<u>OCDETF CASE</u>:       _____ Yes      _x_ No