**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO. 17-cr-00384-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ERIC R. BOLDUAN,

      Defendant.

---

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

---

COMES NOW the Defendant, Eric Bolduan ("Mr. Bolduan"), by and through undersigned counsel, Assistant Federal Public Defender, Matthew C. Golla, and respectfully requests this Honorable Court to continue the sentencing hearing currently set for Thursday, November 29, 2018, at 2:00 p.m. in the above-captioned case for a period of forty-five (45) days. In support of this motion, undersigned counsel would show as follows:

1. A sentencing hearing is currently scheduled for Thursday, November 29, 2018, at 2:00 p.m.

2. Counsel needs additional time to prepare for sentencing. Counsel has retained a clinical psychologist, Dr. Birgit Fisher, to conduct a mental health assessment of Mr. Bolduan. Dr. Fisher indicated to undersigned counsel that she needs an additional two weeks to complete the mental health evaluation.

3.  In addition, once the mental health evaluation is completed, counsel will need to review the mental health evaluation with Mr. Bolduan and prepare a sentencing memorandum.

4.  Counsel contacted Assistant United States Attorney Valeria Spencer, and she does not oppose this motion.

WHEREFORE, counsel respectfully requests that the sentencing hearing currently scheduled for Thursday, November 29, 2018, at 2:00 p.m. be continued for a period of forty-five (45) days.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Matthew C. Golla
Matthew C. Golla
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Matt_golla@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 9, 2018, I electronically filed the foregoing ***Unopposed Motion to Continue Sentencing Hearing*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Valeria N. Spencer, Assistant United States Attorney
  Email: Valeria.Spencer@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Eric Bolduan (*via U.S. Mail*)

            s/Matthew C. Golla
            MATTHEW C. GOLLA
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            matt.golla@fd.org
            Attorney for Defendant