IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00384-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ERIC BOLDUAN,

       Defendant.
_____

**NOTICE OF APPEAL**
_____

       Eric Bolduan, by and through counsel, Assistant Federal Public Defender Matthew C. Golla, hereby files this notice of appeal to the Tenth Circuit Court of Appeals, and appeals the Judgment in a Criminal Case that was entered on January 29, 2019.

                                                    Respectfully submitted,

                                                    VIRGINIA L. GRADY
                                                    Federal Public Defender


                                                    s/ Matthew C. Golla
                                                    MATTHEW C. GOLLA
                                                    Assistant Federal Public Defender
                                                    633 Seventeenth Street, Suite 1000
                                                    Denver, Colorado  80202
                                                    Telephone:  (303) 294-7002
                                                    Fax:  (303) 294-1192
                                                    Email:  matthew_golla@fd.org
                                                    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Valeria N. Spencer, Assistant United States Attorney
Email:  Valeria.Spencer@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Eric Bolduan      (via U.S. Mail)


s/ Matthew C. Golla
MATTHEW C. GOLLA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
Fax:  (303) 294-1192
Email:  matthew_golla@fd.org
Attorney for Defendant